FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Annika Tangvald
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIK K. HUBBORD, <br><br> Defendant. | 2:25-CR-115-TOR <br><br> INDICTMENT <br><br> Vio.: 18 U.S.C. §§ 922(g)(1) and 924 (a)(8) <br> Felon in Possession of a Firearm <br><br> 18 U.S.C. § 924(d)(1), <br> 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

On or about December 11, 2024, in the Eastern District of Washington, the Defendant, ERIK K. HUBBORD, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock 22 Pistol, .40 Caliber, bearing serial number ASW686, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, Defendant, ERIK K. HUBBORD, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

a Glock 22 Pistol, .40 Caliber, bearing serial number ASW686

DATED this 23rd day of July, 2025.

A TRUE BILL

███████████████

*Stephanie Van Marter*
Stephanie Van Marter
Acting United States Attorney

*Annika Tangvald*
Annika Tangvald
Special Assistant United States Attorney

INDICTMENT – 2